[No. 65927-8-I.   Division One.   April 16, 2012.]

PAULETTE WESTON, *Appellant*, v. BERNARD JOSEPH HARRIGAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-13951-2, Richard D. Eadie, J., entered April 16, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Ellington, JJ.

[No. 66022-5-I.   Division One.   April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM FRANKLIN BROWN II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00074-3, Jeffrey M. Ramsdell, J., entered September 14, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Becker, JJ.

[No. 66118-3-I.   Division One.   April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LILLY VRIEZEMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06128-9, Jean A. Rietschel, J., entered October 11, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Schindler, JJ.

[No. 66214-7-I.   Division One.   April 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK RICARDO BORDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12186-7, Helen Halpert, J., entered November 1, 2010. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Grosse and Lau, JJ.